# United States District Court
## Violation Notice

**CVB Location Code:** OR25

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0I40012 | Frantz | 2617 |

F0I40012

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/30/2025 17:29
**Offense Charged:** FED 36CFR261.15I

**Place of Offense:** West Winds Parking area

**Offense Description: Factual Basis for Charge**
off road state laws

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Zharikov | Vitaliy | N |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐   Sex  M ☐  F ☐   Race   Hair   Eyes   Height   Weight

### VEHICLE

VIN:   CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 150.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 180.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1000 S.W. 3RD Ave, Portland, Oregon 97204

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F0I40012

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     08/30/2025     while exercising my duties as a law enforcement officer in the    _____     District of     OR

I, Anthony Frantz, United States Forest Service Law Enforcement Officer badge# 2617, state that while exercising my duties as a uniformed Law Enforcement Officer on the Siuslaw National Forest in the District of Oregon observed the following:

At approximately 1729 on 8/30/2025 while patrolling at Sand Lake Recreation Area in Cloverdale, OR I observed a 12 year old female operating a Class 1 OHV with her 7 year old brother on the back . I identified Vitaliy ZHARIKOV as the responsible adult of the kids. I informed ZHARIKOV it's his responsibility to make sure his kids are wearing DOT approved OHV helmets and that the kids are too young to be operating the ATV without his supervision.

Due to ZHARIKOV being the responsible adult of the kids, I issued a violation notice for 36 CFR 261.15(I): Off road state laws – Violating ORS 821.202, Failure of all-terrain vehicle rider to wear motorcycle helmet (under the age of 18). I then provided a United States District Court violation notice options form and departed the scene.

The foregoing statement is based upon:

☒ MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     08/30/2025
Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:    _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident